# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Alicia M. Curry,   Plaintiff | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 11 C 4745 |
| Alan G. Ryle Companies,   Defendant | |

☐   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■   Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant, Alan G. Ryle Companies' motion to dismiss [18] is granted for plaintiff, Alicia M. Curry's failure to exhaust administrative remedies.

Thomas G. Bruton, Clerk of Court

Date: 1/24/2012                                    _____
                                                   /s/ Theresa B. Kinney, Deputy Clerk